IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES C. FREENY III, ET AL., <br><br> PLAINTIFFS <br><br> v. <br><br> SONY ELECTRONICS, INC. AND SONY MOBILE COMMUNICATIONS (USA) INC., <br><br> DEFENDANTS | 2:14-cv-755-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sony Mobile Communications (USA) Inc. states that it is a wholly-owned subsidiary of the Swedish company Sony Mobile Communications AB.

Dated: September 2, 2014

Respectfully Submitted,

*/s/* John H. McDowell, Jr.

John H. McDowell, Jr.
Texas State Bar No. 13570825
Email: johnmcdowell@andrewskurth.com
Benjamin J. Setnick
Texas State Bar No. 24058820
Email: bensetnick@andrewskurth.com
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: 214-659-4400
Facsimile: 214-915-1434

James V. Mahon
Email: JamesMahon@Andrewskurth.com
**ANDREWS KURTH LLP**
4819 Emperor Blvd, Suite 400
Durham, NC 27703
Telephone: 919-599-2639

**Attorneys for Sony Mobile Communications (USA) Inc.**

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon counsel of record through the Court's CM/ECF system on September 2, 2014.

*/s/ John McDowell, Jr.*